**Opinion issued February 23, 2023**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-22-00274-CV

————————————

## IN RE S.E.A.L. SECURITY SOLUTIONS, LLC, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator, S.E.A.L. Security Solutions, LLC ("Seal"), filed a petition for a writ of mandamus challenging two March 21, 2022 trial court orders, including (1) an order denying Seal's motion to sever crossclaim after the trial court granted summary judgment in favor of real party in interest, Sharpstown Civic Association, Inc., and (2) an order denying Seal's motion to compel cellular telephone authorizations of real parties in interest, Leslie Nugent, Paul Kevin Nugent, and Michael Nugent. In its mandamus petition, Seal requests that the Court grant its

petition for writ of mandamus, direct the trial court to vacate its March 21, 2022 orders, "to sever [Seal's] crossclaims," and "to compel [Leslie Nugent, Paul Kevin Nugent, and Michael Nugent] to produce cell phone authorizations."[1]

We deny Seal's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Hightower, Rivas-Molloy, and Farris.

---

[1] The underlying case is *Leslie Nugent, Individually and as the Anticipated Representative of the Estate of Etta Nugent, Deceased, and Paul William Nugent, Deceased, Paul Kevin Nugent, and Michael Nugent v. S.E.A.L. Security Solutions, LLC, Sharpstown Civic Association, Inc., and Marco Cobos*, Cause No. 2020-04316, in the 11th District Court of Harris County, Texas, the Honorable Kristen Brauchle Hawkins presiding.